No. 91–5981. KAFFENBERGER *v.* CITY OF BULLHEAD, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5984. KOFF *v.* KOFF. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 91–5985. ZILIGH *v.* SUPERIOR COURT OF PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 91–5993. SUTTON *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 91–5996. MARTIN *v.* GREENSBORO HEALTH CARE, INC. C. A. 11th Cir. Certiorari denied.

No. 91–5999. FORGIONE *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6000. BATES *v.* NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–6002. WION *v.* LYNAUGH ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–6003. WOZNISKI *v.* CLYMER, DEPUTY COMMISSIONER, EASTERN REGION, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–6013. ARGENTINA *v.* DEBENEDICTUS. Super. Ct. Pa. Certiorari denied.

No. 91–6014. BOYD *v.* TOWN OF CABOT, ARKANSAS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–6018. PALERMO *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 91–6019. TAYLOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6020. WILLIAMS ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.